AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TULLINE JENKINS and ADELEKE OMOLE individually and as ADMINISTRATORS OF THE ESTATE OF ADEDJI OMOLE aka ADEDEJI OMOLE and ESTATE OF ADEDJI OMOLE aka ADEDEJI OMOLE,<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF NEW YORK, THE DEPARTMENT OF CORRECTIONS OF THE CITY OF NEW YORK, THE CITY OF PHILADELPHIA and THE PHILADELPHIA DEPARTMENT OF PRISONS<br><br>*Defendant(s)* | Civil Action No.<br><br>**CV 18 - 1145**<br>BLOCK, J.<br><br>BULSARA, M. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ZACHARY CARTER AS CORPORATION COUNSEL OF THE CITY OF NEW YORK, THE CITY OF NEW YORK, 100 CHURCH ST., NEW YORK, NY 10007  DEPT OF CORRECTIONS OF THE CITY OF NEW YORK -ERIC SCHNEIDERMAN AS ATTORNEY GENERAL OF THE STATE OF NEW YORK , 120 BROADWAY, NEW YORK, NY 10271, 55 HANSON PLACE, BROOKLYN, NY 11217
THE CITY OF PHILADELPHIA 1515 ARCH ST, 14TH FL, PHILADELPHIA, PA 19102 City Hall, Office 215
Philadelphia, PA 19107     PHIL DEPT OF PRISONS 21 S 12th St , 3 Fl, Phil, Pa 19107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   IRA N. WEINSTEIN
WEINSTEIN LAW FIRM
6103 STRICKLAND AVE.
BROOKLYN, NY 11234
718 241 2430

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: FEB 22 2018

*Signature of Clerk or Deputy Clerk*