At a Surrogate's Court of the State of New York held in and for the County of Kings at 2 Johnson Street, Brooklyn, New York, on _____, 2018.

JAN 16 2018

SURROGATE'S COURT: KINGS COUNTY
HON JOHN G. INGRAM, ACTING SURROGATE

### Administration Proceeding

Estate of ADEDJI OMOLE

a/k/a ADEDEJI OMOLE

Deceased.

### Decree
### Appointing Administrator

File No. 2016-2616/A

A petition having been filed by **Tuline Jenkins and Adeleke Omole** praying that administration of the goods, chattels and credits of the above-named decedent be granted to **Tuline Jenkins and Adeleke Omole**; and all persons named in such petition required to be cited, having been duly cited to show cause why such relief should not be granted or having duly waived the issuance of such citation and consented thereto, and it appearing that **Tuline Jenkins and Adeleke Omole** are in all respects competent to act as co-administrators of the estate of said deceased, and a

_X_  bond having been dispensed with pursuant to SCPA § 801

and such representative(s) otherwise having qualified, therefore now, after due deliberation, with no one appearing in opposition thereto, it is

**Ordered and Decreed**, that Letters of Administration issue to

**Tuline Jenkins and Adeleke Omole**

**Ordered and Decreed**, that the authority of such representative(s) be restricted in accordance with, and that letters issued contain the limitation, if any, which appears immediately below.

LIMITED LETTERS OF ADMINISTRATION FOR THE SOLE PURPOSE OF COMMENCING AND PROSECUTING A CAUSE OF ACTION ON BEHALF OF THE ESTATE.

AND SAID CO-ADMINISTRATORS ARE HEREBY RESTRAINED FROM COMPROMISING ANY CAUSE OF ACTION UNTIL FURTHER COURT ORDER PURSUANT TO EPTL 5-4.6 AND UPON FILING A SATISFACTORY BOND OR SATISFACTORY SECURITY.

VOLUNTARY LETTERS OF ADMINISTRATION PREVIOUSLY GRANTED, ARE HEREBY REVOKED.

HON. JOHN G. INGRAM,
ACTING SURROGATE

Hon. John G. Ingram
Acting Surrogate

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 127868

# Surrogate's Court of the State of New York
# Kings County
## Certificate of Appointment of Administrators

File #: 2016-2616/A

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** Adedji Omole
aka Adedeji Omole

**Date of Death:** February 24, 2016

**Domicile:** Kings County

**Fiduciary Appointed:**
Mailing Address:
Adeleke Omole
11341 Market St
Fulton MD 20759

Tuline Jenkins
18 Roosevelt Pl
Brooklyn NY 11233

**Type of Letters Issued:** LETTERS OF ADMINISTRATION
**Letters Issued On:** January 16, 2018
**Limitations:** BOND DISPENSED PURSUANT TO SCPA 801

LIMITED LETTERS OF ADMINISTRATION FOR THE SOLE PURPOSE OF COMMENCING AND PROSECUTING A CAUSE OF ACTION ON BEHALF OF THE ESTATE.

AND SAID CO-ADMINISTRATORS ARE HEREBY RESTRAINED FROM COMPROMISING ANY CAUSE OF ACTION UNTIL FURTHER COURT ORDER PURSUANT TO EPTL 5-4.6 AND UPON FILING A SATISFACTOR BOND OR SATISFACTORY SECURITY.

and such Letters are unrevoked and in full force as of this date.

**Dated:** January 17, 2018

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Kings County Surrogate's Court at Brooklyn, New York.

WITNESS, Hon. John G. Ingram, Acting, Judge of the Kings County Surrogate's Court.

*Doreen A. Quinn*, Chief Clerk
Kings County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Kings County Surrogate's Court*