AO 440 (Rev. 06/12)  Summons in a Civil Action
==================================================================

# UNITED STATES DISTRICT COURT

for the    EASTERN DISTRICT OF NEW YORK

TULINE JENKINS and ADELEKE OMOLE, individually, and
as ADMINISTRATORS OF THE ESTATE OF ADEDJI OMOLE
aka ADEDEJI OMOLE and ESTATE OF ADEDJI OMOLE  aka
ADEDEJI OMOLE,

_____
              *Plaintiff(s)*
     VS                                        INDEX NO,cv18-1145
                                                      BLOCK, J.; BULSARA, M.J.

THE CITY OF NEW YORK, THE DEPARTMENT OF
CORRECTIONS OF THE CITY OF NEW YORK,
CAPTAIN LEON BRITTON, CORRECTION OFFICER
MANUEL LAZANKIS, CORRECTION OFFICER HERBERT
MAURAS, THE DEPARTMENT OF CORRECTIONS OF
NORTHAMPTON COUNTY, NORTHAMPTON COUNTY
JAIL, CORRECTION OFFICER MATT GREER, CORRECTION
OFFICER SHANE COFFEY, CORRECTION OFFICER MARK
SHAEFFER, THE COMMONWEALTH OF PENNSYLVANIA,
PRIMECARE MEDICAL, INC. AND JOHN AND JANE DOES 1-10

_____
              *Defendants(s)*

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)
THE CITY OF NEW YORK-Corporation Counsel, City Of New York 100 Church St., New York, NY 10007
THE DEPARTMENT OF CORRECTIONS OF THE CITY OF NEW YORK  -Rikers Island, New York 11370
CAPTAIN LEON BRITTON, -Rikers Island, New York 11370
CO MANUEL LAZANKIS, -Rikers Island, New York 11370
CO HERBERT MAURAS, -Rikers Island, New York 11370
THE DEPARTMENT OF CORRECTIONS OF
NORTHAMPTON COUNTY-669 Washington St.,   Easton, Pa 18042
 NORTHAMPTON COUNTY JAIL- 669 Washington St.,   Easton, Pa 18042

CO MATT GREER- 3940 Locust lane. Harrisburg, PA 17109

CO SHANE COFFEY- 669 Washington St.,   Easton, Pa 18042

CORRECTION OFFICER MARK SHAEFFER-669 Washington St.,   Easton, Pa 18042

THE COMMONWEALTH OF PENNSYLVANIA-16th Fl, Strawberry Sq., Harrisburg, Pa 17120 and Gov's Office of General Counsel 333 Market St , 17th Fl,Harrisburg, Pa 17101

PRIMECARE MEDICAL, INC. -3940 Locust lane. Harrisburg, PA 17109

JOHN AND JANE DOES 1-10-- unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ira N.Weinstein, 6103 Strickland Ave., Brooklyn, NY 11234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____        _____

*Signature of Clerk or Deputy Clerk*