AO 440 (Rev. 06/12)  Summons in a Civil Action
==================================================================

# UNITED STATES DISTRICT COURT

for the    EASTERN DISTRICT OF NEW YORK

TULINE JENKINS and ADELEKE OMOLE, individually, and as ADMINISTRATORS OF THE ESTATE OF ADEDJI OMOLE aka ADEDEJI OMOLE and ESTATE OF ADEDJI OMOLE aka ADEDEJI OMOLE,

_____
*Plaintiff(s)*

VS

INDEX NO,cv18-1145
BLOCK, J.; BULSARA, M.J.

CAPTAIN LEON BRITTON, CORRECTION OFFICER MANUEL LAZANKIS, CORRECTION OFFICER HERBERT MAURAS, CORRECTION OFFICER MATT GREER, CORRECTION OFFICER SHANE COFFEY, CORRECTION OFFICER MARK SHAEFFER, THE COMMONWEALTH OF PENNSYLVANIA, PRIMECARE MEDICAL, INC. AND JOHN AND JANE DOES 1-10

_____
*Defendants(s)*

**SUMMONS IN A CIVIL ACTION**

To: (*Defendant's name and address*)

CAPTAIN LEON BRITTON, -Rikers Island, New York 11370
CO MANUEL LAZANKIS, -Rikers Island, New York 11370
CO HERBERT MAURAS, -Rikers Island, New York 11370
CO MATT GREER- 3940 Locust lane. Harrisburg, PA 17109
CO SHANE COFFEY- 669 Washington St.,  Easton, Pa 18042
CORRECTION OFFICER MARK SHAEFFER-669 Washington St.,  Easton, Pa 18042
 THE COMMONWEALTH OF PENNSYLVANIA-16th Fl, Strawberry Sq., Harrisburg, Pa 17120 and
    Gov's Office of General Counsel 333 Market St , 17th Fl,Harrisburg, Pa 17101
PRIMECARE MEDICAL, INC. -3940 Locust lane. Harrisburg, PA 17109
 JOHN AND JANE DOES 1-10-- unknown

A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ira N.Weinstein, 6103 Strickland Ave., Brooklyn, NY 11234

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER  
*CLERK OF COURT*

Date: 10/11/2018

          /s/M. Layne  
          *Signature of Clerk or Deputy Clerk*

