Ira N. Weinstein<br>
Attorney At law<br>
2200 Mill Ave.<br>
Brooklyn, NY 11234<br>
email inw4@aol.com fax 888 314 5399 tel 718 241 2430

February 13, 2019

Hon. Sanket J. Bulsara
United States District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>Tuline Jenkins, Adeleke Omole as Administrators For the Estate of Adedji Omole  et al Vs City of New York , et al 18 Cv 1145 (FB) (SJB)  Request to Withdraw Cross Motion to lift Stay ,</u>

Dear Judge Bulsara,

Plaintiffs hereby withdraw its cross motion to lift stay of discovery without prejudice.

This is to afford the mediation process the best possibility of success.


Respectfully submitted,

*Ira Weinstein*

CC: by ecf:  Andrew Rauchberg, Thomas Copatrick   Paul A Sanders, Kathleen Byrne, Stephen Kovatis, David MacMain