# The MacMain Law Group LLC

433 W. Market Street • Suite 200 • West Chester, PA 19382 • www.macmainlaw.com

David J. MacMain
Telephone: (484) 318-7703
Facsimile: (484) 328-3996
Email: dmacmain@macmainlaw.com

June 12, 2019

**Via ECF**
Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Tuline Jenkins, et al. v. New York City, et al., CV-18-1145(FB)(SJB)**

Dear Judge Block,

    I write to inform you that the parties in the Tuline Jenkins, et al. v. New York City, et al. matter have reached an agreement with regards to settlement. The parties have agreed to voluntarily dismiss all individually named defendants from the matter and have come to an agreement between the plaintiffs and remaining institutional defendants. The settlement agreement is subject to approval of the New York State Surrogates Court. Once approval is given, the parties will move forward with executing a confidential settlement agreement and a stipulation of dismissal. We are respectfully asking that this matter be held in abeyance until the appropriate paperwork can be completed and approved. Thank you for your kind attention to this matter.

Respectfully Yours,

David J. MacMain

Cc: Richard Brewster, Esq.
      Andrew Rauchberg, Esq.
      Copatrick Thomas, Esq.
      Paul A. Sanders, Esq.
      Stephen Kovatis, Esq.
      Ira Weinstein, Esq.